PROB 35
(Rev. 1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

SOUTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA

vs.

Docket No. 2:97CR00026-DHB-03

Sammy Lee McCray

On December 6, 2011, the above named offender was placed on Supervised Release for a period of 60 months. Mr. McCray has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release supervision. It is accordingly recommended that Sammy Lee McCray be discharged from Supervised Release.

Respectfully submitted,

Travis B. Smith
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 6th day of July, 2015

Honorable Dudley H. Brown
U. S. District Court Judge